NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BANK OF AMERICA, N.A.,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No.  2D18-1918
　　　　　　　　　　　　　　　　　　)
CAMERON FOSTER,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Pasco
County; Gregory C. Groger, Judge.

Adam M. Topel of Liebler, Gonzalez &
Portuondo, Miami; and Tricia J. Duthiers of
Liebler, Gonzalez & Portuondo, Miami
(substituted as counsel of record), for
Appellant.

Lee Segal of Segal & Schuh Law Group,
P.L., Clearwater, for Appellee.

PER CURIAM.

　　　　　　Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.